## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lorraine Rose,

      Plaintiff,                                    Civil No. 09-529 (RHK/RLE)

vs.                                               **DISQUALIFICATION AND**
                                                       **ORDER FOR REASSIGNMENT**

SmithKline Beecham Corporation,
et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 6, 2009

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge